UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

VERE JOSEPH,

               Plaintiff,

-against-

NYC DEPARTMENT OF PROBATION,

               Defendant.

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Feb.15,2022

1:21-cv-5999 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will hold a telephonic status conference regarding mediation on February 25, 2022 at 2:45 p.m. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660).

    The Clerk of Court is respectfully directed to serve a copy of this order upon pro se Plaintiff. Defendant shall send a copy of this order to pro se Plaintiff at the email listed on the docket. Defendant shall file proof of such service no later than February 17, 2022.

**SO ORDERED.**

Dated:    February 15, 2022
            New York, New York

                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**