**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------- x

VERE JOSEPH,                                          :
                                                     :
                                  Plaintiff,         :
                                                     :
                   -against-                         :
                                                     :
NYC DEPARTMENT OF PROBATION,                         :
                                                     :
                                  Defendant.         :
--------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Feb.23,2022

**1:21-cv-5999 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The telephonic status conference scheduled for February 25, 2022 at 2:45 p.m is re-scheduled to **March 4, 2022 at 12:00 p.m**. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660).

The Clerk of Court is respectfully directed to serve a copy of this order upon Defendant NYC Department of Probation, which has yet to appear in this action. The Clerk is directed to mail this order to the following address listed in the Statement of Service by Mail and Acknowledgment of Receipt by Mail of Summons and Complaint, dated August 25, 2021. ECF No. 9.

> NYC Department of Probation
> 33 Beaver Street, Room 2124
> New York, New York 10004

**SO ORDERED.**

**Dated:     February 23, 2022**
**               New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**