**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
  **VERE JOSEPH,**

                  **Plaintiff,**

          **-against-**

  **NYC DEPARTMENT OF PROBATION,**

                  **Defendant.**
------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Mar. 3, 2022

**1:21-cv-5999 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The telephonic status conference scheduled for March 4, 2022 at 12:00 p.m. is canceled.

**SO ORDERED.**

**Dated:**   **March 3, 2022**
         **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**