| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------- x<br>VERE JOSEPH,<br><br>                **Plaintiff,**<br><br>     -against-<br><br>NYC DEPARTMENT OF PROBATION,<br><br>                **Defendant.**<br>------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: July 25, 2022<br><br>**1:21-cv-5999 (ALC)**<br><br><u>**ORDER**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

      In light of pro bono counsel's appearance for the purposes of mediation, ECF No. 29, and the imminent deadline for Defendant's motion to dismiss, the parties shall submit a joint status report to the court by July 26, 2022 regarding whether the parties are re-engaging in mediation or continuing with the motion to dismiss briefing.

**SO ORDERED.**

**Dated:   July 25, 2022**
             **New York, New York**

                                                                    **ANDREW L. CARTER, JR.**
                                                                    **United States District Judge**