UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

VERE JOSEPH,

                                                  Plaintiff,

                -against-                                  **STIPULATION OF DISMISSAL WITH PREJUDICE**

NEW YORK CITY DEPARTMENT OF PROBATION,

                                          21 Civ. 05999 (ALC)

                                        Defendant.

------------------------------------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as represented by their attorneys below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and it hereby is dismissed, with prejudice.

Dated: Ridgewood, New York                     Dated: New York, New York
         September_____, 2022                             September __28__, 2022

    Vere Joseph                                           **HON. SYLVIA O. HINDS-RADIX**
    1133 Boston Road, Apt. A4                       Corporation Counsel of the
    Bronx, New York 10456                                 City of New York
    jvere64@yahoo.com                                    Attorney for Defendants
                                                            100 Church Street, 2nd Floor
                                                             New York, New York 10007-2601
                                                             (212) 356-4076
                                                             jaharris@law.nyc.gov

By: ___/s/ Vere Joseph___                               By: ___*Jasmine Harris*___
        Vere Joseph                                            Jasmine Harris
                                                             Assistant Corporation Counsel